'08 CIV 3662

JUDGE SWAIN

**DeOrchis & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNIOCEAN MARITIME CO., LTD.,

                        Plaintiff,        **08 Civ.**

- against -

                                          *RULE 7.1 STATEMENT*

GANSU LONGDA IMPORT & EXPORT
TRADING CO., LTD.,

                        Defendant.
----------------------------------------------------------X



Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff UNIOCEAN MARITIME CO., LTD., certifies upon information and belief that Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 16, 2008

                                        **DeOrchis, & Partners, LLP**
                                        Attorneys for Plaintiff
                                        UNIOCEAN MARITIME CO., LTD.

                                        By: _____
                                        John A. Orzel
                                        61 Broadway, 26th Floor
                                        New York, New York 10006-2802
                                        (212) 344-4700
                                        Our File: 894-3